IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

JANIS ANN FORD, for the
ESTATE OF OSHAUN FORD,

    Plaintiff,

v.                                                          Case No. 2:22cv-02732

DELTA BUS LINES and
MARTHA WILSON,

    Defendants,

## NOTICE OF VOLUNTARY DISMISSAL

    Comes now the Plaintiff Janis Ann ford, for the Estate of Oshaun Ford, by and through counsel, pursuant to Federal Rule of Civil Procedure 41 seeking dismissal of the above styled caused.  This cause was originally filed in State Court on September 21, 2022 and was amended and refiled on October 13, 2022. On October 25, 2022 Defendants Delta Bus Line and Martha Williams had the case removed to Federal Court.

    Since the case has been moved to Federal Court, all matters in controversy between the parties in this lawsuit have been compromised and settled. Plaintiff is requesting that the above styled cause be dismissed with prejudice.

    The Plaintiff shall reimburse all lien holders or any others making a subrogation claim.  The Defendants, their agents, servants, attorneys, employees or insurance carriers shall have no responsibility to satisfy or otherwise pay such a claim.

attorney Donna J. Armstard of the Reaves Law Firm located at 1991 Corporate Avenue, suite 310, Memphis, Tennessee 38132.

REAVES LAW FIRM:

_/s/ Donna J. Armstard_

DONNA J. ARMSTARD, Esq.
BPR# 014234
Attorneys for the Plaintiff
1991 Corporate Avenue, Suite 310
Memphis, Tennessee 38132
Phone: (901) 417-7166
Fax: (901) 328-1352
Donna.armstard@beyourvoice.com

_/s/ Mark Schirmer_

MARK SCHIRMER
BPR# 019717
Attorneys for the Plaintiff
1991 Corporate Avenue, Suite 310
Memphis, Tennessee 38132
Phone: (901) 417-7166
Fax: (901) 328-1352
Mark.schirmer@beyourvoice.com