# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JANIS ANN FORD, for the Estate of Oshaun Ford, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| DELTA BUS LINES and MARTHA WILSON, | ) ) ) |
| Defendants. | ) |

No. 2:22-cv-02732-TLP-atc

JURY DEMAND

# JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Notice of Removal from Shelby County Circuit Court filed on July 22, 2021. (ECF No. 1.) In accordance with the Order Granting Motion to Dismiss (ECF No. 15), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

November 18, 2022
Date